**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6590**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD KEITH DUGGER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge.
(CR-96-9, CA-99-168)

———————

Submitted: July 27, 2000          Decided: August 4, 2000

———————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard Keith Dugger, Appellant Pro Se. Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Keith Dugger seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Dugger, Nos. CR-96-9; CA-99-168 (W.D. Va. Mar. 27, 2000). We note that Dugger has raised an additional claim of ineffective assistance of counsel in his informal appellate brief. Because this claim was not presented to the district court for consideration, it is not properly before this court for review. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993) (holding that issues raised for first time on appeal generally will not be considered absent exceptional circumstances). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED